**Timmy RICHARDSON, Defendant–Appellant,**

v.

**UNITED STATES of America, Plaintiff–Appellee.**

**No. 01–8128.**

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 14, 2002.

Decided Feb. 27, 2002.

Timmy Richardson, Appellant Pro Se. N. George Metcalf, Assistant United States Attorney, Richmond, Virginia, for Appellee.

Before WIDENER, LUTTIG, and GREGORY, Circuit Judges.

PER CURIAM.

Timmy Richardson appeals from the district court's order denying his 18 U.S.C. § 3742(a) (1994) motion. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *United States v. Richardson,* No. CR–98–290–3 (E.D. Va. filed Dec. 12, 2001; entered Dec. 13, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court

and argument would not aid the decisional process.

*AFFIRMED.*